IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cv-1219-AP**

**DOUGLAS L. TOOLEY**,

    Plaintiff,

v.

**MICHAEL J. ASTRUE,** Commissioner of Social Security,

    Defendant.

---

## ORDER

---

Kane, J.

    This matter is currently before me on Plaintiff's Motion for Default Judgment (doc. 9).  Contrary to Plaintiff's belief, because Defendant is sued in his official capacity, he has sixty days from the date of service to answer or otherwise respond to Plaintiff's complaint.  *See* Fed. R. Civ. P. 12(a)(2).  Notwithstanding Plaintiff's allegation to the contrary, service was affected on June 6, 2012, upon his completion of the requirements listed in Fed. R. Civ. P. 4(i).  Accordingly, Defendant's answer was timely filed and Plaintiff's motion is DENIED.

    Dated: August 6, 2012                    BY THE COURT:

                                                    **/s/ John L. Kane**
                                                    Senior U.S. District Court Judge