IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-1219-AP**

**DOUGLAS LLOYD TOOLEY,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

**KANE, J. ORDERS**

The Court is in receipt of Plaintiff, Douglas Lloyd Tooley's letter dated February 4, 2013, which shall be construed as a response to the Order to Show Cause. Sufficient cause having been shown, the Order to Show Cause is **DISCHARGED**. In light of Mr. Tooley's indication that he will not be back at his files for at least one month, the briefing schedule is reset as follows: Plaintiff's Opening Brief is due on March 25, 2013; Defendant's Response Brief is due April 25, 2013, Plaintiff's Reply Brief, if any, is due May 13, 2013.

DATED at Denver, Colorado this 6th day of February, 2013.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT